# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

November 25, 2020

**VIA ECF**

　　　　Re:　　Barragan Lopez et al v. Flor de Mayo, Inc. et al
　　　　　　　1:20-cv-08068-LGS

Dear Judge Schofield,

　　This firm represents the Plaintiff in the above-referenced matter. We write jointly with Defendants to respectfully request an adjournment of the Initial Conference scheduled for December 3, 2020 at 10:30 a.m. (Docket #11) We respectfully request that the Court adjourn the conference for approximately six (6) weeks as we work through issues related to a class settlement and arbitration agreement.

　　Defense Counsel has recently appeared in this matter and has presented Plaintiffs with an arbitration agreement which they say was executed by Plaintiff. The parties would like to review the facts and circumstances of this agreement along with the related class action settlement.

　　We thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/*Daniel Tannenbaum*
　　　　　　　　　　　　　　　　　　　　Daniel Tannenbaum
　　　　　　　　　　　　　　　　　　　　MICHAEL FAILLACE & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　　Attorneys for the Plaintiff

By ECF: Matthew R. Capobianco

The application is GRANTED in part. The Initial Pre-Trial Conference ("IPTC") is hereby adjourned from December 3, 2020, at 10:30 A.M. to **December 17, 2020, at 10:30 A.M.** The parties shall call (888) 262-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time. By **December 10, 2020**, the materials for the IPTC as listed in Dkt. No. 11 shall be filed on ECF. By **December 15, 2020**, the parties shall also file on ECF a letter detailing whether this case is subject to compulsory arbitration and the status of discussions regarding a possible class settlement.

SO ORDERED.

Dated: November 30, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LORNA G. SCHOFIELD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*